1  RON BENDER (SBN 143364)
   KRIKOR J. MESHEFEJIAN (SBN 255030)
2  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, California 90067
   Telephone:  (310) 229-1234
4  Facsimile:  (310) 229-1244
   Email:  rb@lnbrb.com; kjm@lnbrb.com
5
6  Proposed Counsel for Chapter 11 Debtor and Debtor in Possession

7

8               UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                  SAN FERNANDO DIVISION

11

12  In re:                          )  Case No. 1:10-bk-14734-GM
                                    )
13  VITOIL-SCOTTISH, LLC,           )  Chapter 11
                                    )
14        Debtor and Debtor in Possession.  )  **NOTICE OF APPLICATION OF**
                                    )  **DEBTOR AND DEBTOR IN**
15                                  )  **POSSESSION TO EMPLOY LEVENE,**
                                    )  **NEALE, BENDER, RANKIN & BRILL**
16                                  )  **L.L.P. AS BANKRUPTCY COUNSEL**
                                    )  **PURSUANT TO 11 U.S.C. §§ 327 AND 330**
17                                  )
18                                  )
                                    )  [No Hearing Required – Local Bankruptcy
19                                  )  Rule 2014-1(b)]
                                    )
20                                  )
                                    )
21                                  )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25  _____  )

26

27

28

**TO THE UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CREDITORS, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that Vitoil-Scottish, LLC, Chapter 11 debtor and debtor in possession herein (the "Debtor") has filed an application (the "Application") for Court approval of its employment of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") as bankruptcy counsel upon the terms and conditions described in the Application, with employment effective as of April 22, 2010.

The Debtor seeks to employ LNBRB as its bankruptcy counsel to render, among others, the following types of professional services:

        a.      advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

        b.      advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

        c.      representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel;

        d.      conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBRB's expertise or which is beyond LNBRB's staffing capabilities;

        e.      preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules

1    and statement of financial affairs, lease pleadings, cash collateral pleadings (if necessary),

2    financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property

3    outside the ordinary course of business;

4              f.        representing the Debtor with regard to obtaining use of debtor in

5    possession financing and/or cash collateral including, but not limited to, negotiating and

6    seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral

7    pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in

8    possession financing and/or cash collateral;

9

10             g.        assisting the Debtor in the negotiation, formulation, preparation and

11   confirmation of a plan of reorganization and the preparation and approval of a disclosure

12   statement in respect of the plan; and

13             h.        performing any other services which may be appropriate in LNBRB's

14

15   representation of the Debtor during its bankruptcy case.

16             LNBRB will bill its time for its representation of the Debtor on an hourly basis in

17   accordance with LNBRB's standard hourly billing rates.  LNBRB will seek reimbursement of

18   expenses in accordance with the all applicable rules and regulations.  The Debtor expects that

19   Ron Bender, Esq. and Krikor J. Meshefejian, Esq. will be the primary attorneys at LNBRB

20   responsible for the representation of the Debtor during its Chapter 11 case.  The current hourly

21   billing rates for the foregoing attorneys are $585 and $335, respectively.

22             During the one-year period prior to its Chapter 11 filing, the Debtor paid the total sum

23   of $100,000 (the "Retainer") to LNBRB, for legal services in contemplation of and in

24   connection with the Debtor's Chapter 11 case, inclusive of the Debtor's $1,039 Chapter 11

25   bankruptcy filing fee.  The Debtor advised LNBRB that the source of the Retainer was the

26   Debtor's funds, which funds the Debtor obtained from a loan to the Debtor from principals of

27   the Debtor.  LNBRB has not been paid any money by the Debtor at any time other than the

28   Retainer.  LNBRB has not received any lien or other interest in property of the Debtor or of any

3

1  third party to secure payment of LNBRB's fees or expenses.  The unused portion of the

2  Retainer remaining at the time of the Debtor's bankruptcy filing is an advanced fee payment

3  retainer which will be maintained in a segregated trust account.  By the Application, LNBRB

4  requests Court authority to draw down against the remaining Retainer on a post-petition basis

5  for all fees and expenses incurred during the Debtor's Chapter 11 case.  In addition to the

6  Retainer, LNBRB will seek Court authority to be paid from the Debtor's estate for any and all

7  fees incurred and expenses advanced by LNBRB in excess of the Retainer.  LNBRB recognizes

8  that the payment of any such additional fees and expenses will be subject to further Court order

9  after notice and a hearing.

10      The Application is based on this Notice, the Application and all pleadings filed in

11  support of the Application, the entire record of this case, the statements, arguments and

12  representations of counsel to be made at the hearing on the Application, if any, and any other

13  evidence properly presented to the Court.

14      **PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application

15  must be made in writing to Levene, Neale, Bender, Rankin & Brill L.L.P., 10250 Constellation

16  Blvd., Suite 1700, Los Angeles, California 90067, Attention: Krikor J. Meshefejian, Telephone

17  No. (310) 229-1234, Facsimile No. (310) 229-1244.

18      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule

19  2014-1(b)(3), any party asserting an objection to the Application and/or wishing to

20  request a hearing thereon, must, not later than fourteen (14) days from the date of

21  service of this Notice, file a written objection or request for hearing with the Clerk of

22  the Bankruptcy Court in the form required by Local Bankruptcy Rule 9013-1(f)(1), and

23  serve such objection or request for hearing on the Office of the United States Trustee as

24  well as proposed counsel for the Debtor whose name and address appear at the top, left-

25  hand corner of the first page of this Notice.

26  ///

27  ///

28  ///

4

1      **PLEASE TAKE FURTHER NOTICE** that failure to file and serve an

2 objection or request for hearing within this fourteen (14) day period may be deemed by

3 the Court to be consent to the relief requested herein.

4 Dated: April 30, 2010                            VITOIL-SCOTTISH, LLC

5

6                                                 By: _____
                                             RON BENDER

7                                              KRIKOR J. MESHEFEJIAN
                                             LEVENE, NEALE, BENDER, RANKIN

8                                              & BRILL L.L.P.
                                             Proposed Counsel for Debtor and Debtor

9                                              in Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:<br>VITOIL-SCOTTISH, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-14734-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 330** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 30, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Ron Bender     rb@lnbrb.com
- Krikor J Meshefejian     kjm@lnbrb.com
- S Margaux Ross     margaux.ross@usdoj.gov
- Daniel H Slate     dslate@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 30, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Via Overnight Mail
The Hon. Geraldine Mund
United States Bankruptcy Court
21041 Burbank Boulevard
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           **F 9013-3.1**

| In re:<br>VITOIL-SCOTTISH, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-14734-GM |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

Vitoil-Scottish, LLC
11170 Aqua Vista Avenue
Studio City, CA 91602

**Service by U.S. Mail**

U.S. Trustee - San Fernando  Valley
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

Alfatech Cambridge
97 E Brokaw Road, Suite 300
San Jose, CA 95112

Anita Blumenthal
31 Sequoia Court
San Carlos, CA 94070

Belden Consulting Engineers
6670 Amador Plaza Rd, Suite 200
Dublin, CA 94568-2991

BuchalterNemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

California Savings Bank
830 Market Street
San Francisco, CA 94102

Intercept LTD
c/o Mr. Percy Duran Attorney
720 Ganymede Drive
Los Angeles, CA 90068

Law Office of J.G. Wagner
177 N California Blvd, Suite 200
Walnut Creek, CA 94596

Kevin C. Kellow
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401

Kier & Wright
3350 Scott Boulevard, Building 22
Santa Clara, CA 95054

San Jose Water Company
374 West Santa Ana Cara St
San Jose, CA 95196-0001

Pacific National Bank
Currently US Bank
345 California Street, 6th Floor
San Francisco, CA 94104

Quality Built
14406 E Evans Avenue, Suite 100
Aurora, CO 80014

Sweeney, Mason, Wilson &
Bosomworth
983 University Avenue, #104C
Los Gatos, CA 95032

South Bay Construction
170 Knowles Drive
Los Gatos, CA 95032

Stefan Martirossian
120 Aspen Oak Lane
Glendale, CA 91207

Water Boards
PO Box 1888
Sacramento, CA 95812-1888

TRC Lowney
405 Clyde Avenue
Mountain View, CA 94043

US Approvals, LLC
35925 South Heritage Court
Wickenburg, AZ 85390

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**